UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEISHA L. LEWIS, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) No. 1:23-cv-01865-JMS-MJD |
| INDIANA DEPARTMENT OF TRANSPORTATION and WILLIAM T. GEIBEL, | ) ) ) ) |
| *Defendants.* | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered on April 10, 2025, the Court now enters **FINAL JUDGMENT** as follows:

- Against Plaintiff and in favor of Defendants, such that Plaintiff shall take nothing by way of her Complaint.

Date: 4/10/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Stephanie Michelle Davis
Office of Attorney General Todd Rokita
stephanie.davis@atg.in.gov

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov

Jeffrey A. Macey
Macey Swanson LLP
jmacey@maceylaw.com