# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## ORDER

November 14, 2025

*By the Court:*

| | |
|---|---|
| No. 25-1776 | KEISHA L. LEWIS,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>INDIANA DEPARTMENT OF TRANSPORTATION,<br>　　　　Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:23-cv-01865-JMS-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge Jane Magnus-Stinson ||

Upon consideration of the **JOINT STIPULATION OF DISMISSAL OF DEFENDANT-APPELLEE WILLIAM T. GEIBEL**, filed on November 14, 2025, by counsel for the parties,

**IT IS ORDERED** that this appeal is voluntarily **DISMISSED** only as to appellee William T. Geibel. This appeal remains pending with respect to appellee Indiana Department of Transportation.

form name: **c7_Order_BTC**　(form ID: **178**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF ISSUANCE OF MANDATE ONLY AS TO APPELLEE, WILLIAM T. GEIBEL**

November 24, 2025

| | |
|---|---|
| No. 25-1776 | KEISHA L. LEWIS,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>INDIANA DEPARTMENT OF TRANSPORTATION,<br>　　　　Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-01865-JMS-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge Jane Magnus-Stinson | |

Herewith is the mandate of this court in this case, issued **ONLY** as to appellee, William T. Geibel.

A certified copy of the order/opinion of the court, dismissing this party(s) in this case, shall constitute the mandate in this regard.

　　　　RECORD TO BE RETAINED FOR USE IN REMAINDER OF THIS APPEAL

Copies of this notice sent to: Counsel of record

form name: **c7_Mandate_Person**   (form ID: **217**)